JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS U. LOBOS,<br><br>        Petitioner,<br>v.<br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES,<br><br>        Respondent. | Case No. CV 12-8461-SVW (OP)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 19, 2013

                                      HONORABLE STEPHEN V. WILSON
                                      United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge